IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02100–WDM–KMT

TOM RECK, parent and legal guardian for Daniel Reck, a disabled person,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT, a governmental entity,
GLOBAL ACCESS, LLC, d/b/a GLOBAL TRANSPORTATION, a Colorado limited liability company, and
SPECIAL TRANSIT, a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Unopposed Motion to Stay" (#17, filed November 17, 2009) is GRANTED. The November 24, 2009 Scheduling Conference is VACATED and RESET to January 21, 2010 at 9:15 a.m. The parties shall submit their Proposed Scheduling Order no later than 5:00 p.m. on January 14, 2010.

Dated: November 19, 2009