IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02100–WDM–KMT

TOM RECK, parent and legal guardian for Daniel Reck, a disabled person,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT, a governmental entity,
GLOBAL ACCESS, LLC, d/b/a GLOBAL TRANSPORTATION, a Colorado limited liability company, and
SPECIAL TRANSIT, a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion for Entry of Stipulated Protective Order" (#22, filed November 25, 2009) is GRANTED.  The Protective Order will be entered.

Dated: November 30, 2009