IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02100–WDM–KMT

TOM RECK, parent and legal guardian for Daniel Reck, a disabled person,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT, a governmental entity,
GLOBAL ACCESS, LLC, d/b/a GLOBAL TRANSPORTATION, a Colorado limited liability company, and
SPECIAL TRANSIT, a Colorado nonprofit corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Unopposed Defendant Regional Transportation District's Motion for Leave to Amend Its Answer" (#36, filed March 5, 2010) is GRANTED. The Clerk of Court shall file the Amended Answer attached to Defendant Regional Transporation District's motion (#36-2).

Dated: March 5, 2010