IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-2100-WDM-KMT

TOM RECK, as parent and legal guardian for
DANIEL RECK, a disabled person,

    Plaintiff

v.

REGIONAL TRANSPORTATION DISTRICT, a governmental entity;
GLOBAL ACCESS, LLC, d/b/a GLOBAL TRANSPORTATION, a Colorado limited liability company; and
SPECIAL TRANSIT, a Colorado nonprofit corporation

    Defendants.

---

**ORDER**

---

Miller, J.

    This matter is before me on the parties' Stipulated Motion for Dismissal (ECF No. 62). Having reviewed the motion and being fully advised in the premises, it is ORDERED that all claims are dismissed with prejudice. All parties shall pay their own costs and attorney's fees.

    DATED at Denver, Colorado on November 17, 2010

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States Senior District Judge